# IN THE SUPREME COURT

| 332PA14 | State v. Gregory Aldon Perkins | State's Motion to Amend Record on Appeal | Allowed |
|---|---|---|---|
| 338P14-2 | Waddell Bynum J. v. Progressive Ins. Group, Inc., Mark A. Valentine, Agent | Plt's *Pro Se* Motion to Appeal | Dismissed |
| 341P12-3 | State v. Donald Durrant Farrow | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-1189)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 349P14 | State v. William Scott Keane | Def's PDR Under N.C.G.S. § 7A-31 (COA14-171) | Denied<br><br>**Ervin, J., recused** |
| 354P14 | State v. Michael B. Postell | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1390) | Denied<br><br>**Ervin, J., recused** |
| 355P14-2 | Terri Young v. Daniel Bailey, in his Official Capacity as Sheriff of Mecklenburg County, and Ohio Casualty Insurance Company | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA14-966)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' Motion to Dismiss Appeal<br><br>4. Plt's Motion to Consolidate and/or Stay | 1. —<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Denied |
| 374P13-4 | State v. Marvin Wade Millsaps | 1. Def's *Pro Se* Motion to Reconsider<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion for Time Cut<br><br>4. Def's *Pro Se* Motion for Appellate Review<br><br>5. Def's *Pro Se* Motion for Appellate Procedure Substantial Offense<br><br>6. Def's *Pro Se* Motion for Appellate Review | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed<br><br>4. Dismissed<br><br>5. Dismissed<br><br>6. Dismissed<br><br>**Ervin, J., recused** |
| 383P14 | State v. Montice Terrill Harvell | Def's PDR Under N.C:G.S. § 7A-31 (COA14-228) | Denied |